**Order entered January 7, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00884-CR

**MICHAEL SHANNON THEDFORD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80655-2018**

## ORDER

Before the Court is court reporter Kristen Kopp's January 4, 2019 request for an extension of time to file the reporter's record. On the Court's own initiative, we **GRANT** the request and **ORDER** the reporter's record filed **FORTY-FIVE DAYS** from the date of this order. *See* TEX. R. APP. P. 2, 35.3(c).

/s/     BILL PEDERSEN, III
JUSTICE